# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RHONDA J. LAFEW  
613 BARRY ROAD  
ROCKFORD, IL 61109

SSN-xxx-xx-2908

Case Number: 04-72251

Case filed on: 4/27/2004  
Plan Confirmed on: 7/9/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,669.72          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | HOMEQ SERVICING CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RHONDA J. LAFEW | 0.00 | 0.00 | 69.72 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 69.72 | 0.00 |
| 001 | HOMEQ SERVICING CORPORATION | 1,815.52 | 546.00 | 546.00 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 380.26 | 50.00 | 50.00 | 10.45 |
|  | Total Secured | 2,195.78 | 596.00 | 596.00 | 10.45 |
| 002 | ILLINOIS TITLE LOANS, INC | 0.00 | 330.26 | 47.99 | 0.00 |
| 003 | ROUNDUP FUNDING LLC | 2,708.19 | 2,708.19 | 393.57 | 0.00 |
| 004 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BONDED COLLECTION SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | GENERAL SERVICE BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NICOR GAS | 867.55 | 867.55 | 126.08 | 0.00 |
| 009 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD MERCANTILE AGENCY INC | 1,075.00 | 1,075.00 | 156.22 | 0.00 |
| 012 | SPRINGER COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | TELECOM USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | UNIFUND CCR PARTNERS | 3,454.05 | 3,454.05 | 501.97 | 0.00 |
| 016 | MCLEOD USA | 1,162.54 | 1,162.54 | 168.95 | 0.00 |
|  | Total Unsecured | 9,267.33 | 9,597.59 | 1,394.78 | 0.00 |
|  | Grand Total: | 12,827.11 | 11,557.59 | 3,424.50 | 10.45 |

Total Paid Claimant: $3,434.95  
Trustee Allowance: $234.77  
Percent Paid Unsecured: 14.53

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on <u>09/27/2007</u>          By <u>/s/Heather M. Fagan</u>